**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

## JUDGMENT IN A CIVIL CASE

| | |
|---|---|
| REBECCA J. SHEPHERD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:17-cv-00311-SRB |
| ) | |
| DR. HAROLD W. STITES, III, et al., ) | |
| ) | |
| Defendants. ) | |

\_\_\_ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

 **X Decision by Court.**   This action came before the Court.   The issues have been determined and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that

upon sua sponte consideration, this Court finds it lacks subject-matter jurisdiction over Plaintiffs claims against Defendant Shafer, and the claims are dismissed without prejudice.

**IT IS FURTHER ORDERED AND ADJUDGED** that pursuant to this Court's order of November 3, 2017 that

Defendants Harold Stites', Suzanne Titus', Tess Laoruangroch's, and Midwest Heart & Vascular Specialists' Joint Motion to Dismiss Plaintiff's Second Amended Complaint (Doc. #16) is GRANTED.

| | |
|---|---|
| November 21, 2017 | Paige Wymore-Wynn |
| Date | Clerk of Court |
| | |
| | /s/ Tracy L. Diefenbach |
| | (by) Deputy Clerk |